IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODNEY A. HURDSMAN**                                                                                          **PLAINTIFF**
**#2170782**

**VS.**                                                     **4:22CV000227 JM-JJV**

**VIAPATH TECHNOLOGIES, INC.,**
**Formerly known as Globel Tel-Link; et al.**                                                **DEFENDANTS**

## ORDER

Pending is Plaintiff's appeal of the Orders of Magistrate Judge Joe J. Volpe denying his motions for subpoenas duces tecum. (Docket #22). "The standard of review applicable to an appeal of a magistrate judge's order on a non-dispositive issue is extremely deferential." *Reko v. Creative Promotions, Inc*., 70 F.Supp.2d 1005, 1007 (D.Minn.1999). The Court must affirm the order unless it is "clearly erroneous or contrary to law." 28 U.S.C. §636(b)(1)(A). The Court agrees with the opinion of Judge Volpe and finds that it is neither erroneous nor contrary to the law. The orders of April 18 and May 3, 2022 are affirmed.

IT IS SO ORDERED this 31st day of May, 2022.

_____
James M. Moody Jr.
United States District Judge