# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

RODNEY A. HURDSMAN                                                                PLAINTIFF
#2170782

v.                                 4:22-cv-00227-JM-JJV

VIAPATH TECHNOLOGIES, Inc.; *et al.*                             DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.[1] After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant's Motion to Dismiss which has been construed as a Motion For Summary Judgment (Doc. 24) is GRANTED, and Defendant Viapath Technologies, Inc. is DISMISSED with prejudice from this lawsuit.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of July, 2022.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed objections but also states in paragraph 7, ecf. # 35, that he "withdraws any formal objections to the Magistrate Judge's Partial Recommended Disposition."