# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RODNEY A. HURDSMAN                                                                                PLAINTIFF
#2170782

v.                                            4:22-cv-00227-JM-JJV

VIAPATH TECHNOLOGIES, Inc.,
formerly known as Globel Tel-Link; *et al.*                                                DEFENDANTS

## ORDER

For good cause shown, Plaintiff's Motion for Leave to File a Second Amended Complaint to substitute the correct defendant and his Motion for an Extension of Time to Serve that newly added defendant are granted.   (Docs. 36, 37.) And, the Clerk will be directed to file the proposed Second Amended Complaint in the record.   (Doc. 36-1.)

In the Second Amended Complaint, Plaintiff says that while he was a pretrial detainee at the Saline County Detention Center in Arkansas, Sheriff Rodney Wright, Saline County, and Aventiv d/b/a Securus Technologies violated his constitutional rights and committed several torts, under Arkansas law, when they recorded his telephone conversations with his attorney and provided them, without a warrant, to federal law enforcement officers.   Plaintiff says that doing so was a policy and practice of the County and Aventiv.   I conclude, for screening purposes only, Plaintiff has pled plausible claims against Defendants.[1]   Defendants Wright and Saline County have already been served and filed an Answer.   (Doc. 21)

IT IS, THEREFORE, ORDERED THAT:

1.   Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. 36) and

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).

1

hiss Motion for an Extension of Time to Serve (Doc. 37) are GRANTED.

2. The Clerk is directed to file Plaintiff's Second Amended Complaint (Doc. 36-1) in the record.

3. The Clerk shall prepare a summons for Aventiv d/b/a Securus Technologies at its registered agent of service, CT Corporation System, 124 West Capitol Ave, Suite 1900, Little Rock, AR 72201. The United States Marshal shall serve the summons, Second Amended Complaint, and this Order on it without prepayment of fees and costs or security therefore.

DATED this 18th day of July 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE