**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RODNEY A. HURDSMAN**                                                       **PLAINTIFF**

**v.**                         **CASE NO. 4:22-CV-00227-JM-JJV**

**AVENTIV d/b/a SECURUS**
**TECHNOLOGIES,** *et al.*                                              **DEFENDANTS**

---

**DEFENDANT AVENTIV TECHNOLOGIES LLC'S <u>REQUEST FOR JUDICIAL</u>**
**<u>NOTICE</u> IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**
**AND INCORPORATED MEMORANDUM OF LAW**

---

Defendant Aventiv Technologies, LLC ("Aventiv") respectfully requests, pursuant to Federal Rule of Evidence 201 and in support of its Motion to Dismiss the Second Amended Complaint, that the Court take judicial notice of the following documents:

1. The docket in Plaintiff Rodney A. Hurdsman's criminal case (*U.S. v Hurdsman*, Case No. 4:17-CR-00275 (E.D. Ark.)), which reflects that at all times he was represented by counsel, a true and correct copy of which is attached hereto as **Exhibit 1**;

2. Plaintiff's amended guilty plea, a true and correct copy of which is attached hereto as **Exhibit 2**.

"Court[s] 'may take judicial notice of proceedings in other courts that relate directly to matters at issue.'" *Fletcher v. Payne*, No. 4:21-CV-66-LPR-JTR, 2022 U.S. Dist. LEXIS 50362, at *1 n.1 (E.D. Ark. Feb. 7, 2022) (quoting *Great Plains Trust Co. v. Union Pacific R.R. Co.*, 492 F.3d 986, 996 (8th Cir. 2007)). The Court can therefore properly consider the attached records from Plaintiff's criminal case.

Page 1 of 3

Respectfully submitted,


By:     */s/ Jerry D. Garner*
        Jerry D. Garner, Ark. Bar No. 2014134
        BARBER LAW FIRM PLLC
        425 West Capitol Avenue, Suite 3400
        Little Rock, Arkansas 72201
        Telephone: (501) 372-6175
        jgarner@barberlawfirm.com

        -And-

        Gabriel Colwell, CA Bar No. 216783
        *Pro Hac Vice Application Forthcoming*
        SQUIRE PATTON BOGGS (US) LLP
        555 South Flower Street, Suite 3100
        Los Angeles, California 90071
        Telephone: (213) 689-5126
        gabriel.colwell@squirepb.com

        ***Attorneys for Defendant***
        ***Aventiv Technologies, LLC***

## **CERTIFICATE OF SERVICE**

I, Jerry Garner, hereby certify that on August 22, 2022, a copy of the foregoing document was mailed by U.S. Postal Service to the following:

Rodney A. Hurdsman, #02170782
Robertson Unit, TDCJ-CID
12071 F.M. 3522
Abilene, Texas 79601


*/s/ Jerry Garner*
Jerry Garner