CLOSED

# U.S. District Court
## Eastern District of Arkansas (Central Division)
## CRIMINAL DOCKET FOR CASE #: 4:17-cr-00275-KGB-1

Case title: USA v. Hurdsman et al
Related Case: 4:22-cv-00312-KGB

Date Filed: 09/12/2017
Date Terminated: 09/24/2019

Assigned to: Judge Kristine G. Baker

Appeals court case number: 19-3138
USCA8

**Defendant (1)**

**Rodney Adam Hurdsman**
*#02170782*
*TERMINATED: 09/24/2019*

represented by **Rodney Adam Hurdsman**
#02170782
TDCJ-Robertson Unit
12071 FM 3522
Abilene, TX 79601
PRO SE

**J. Blake Hendrix**
Fuqua Campbell PA
Riviera Tower
3700 Cantrell Road
Suite 205
Little Rock, AR 72202
501-374-0200
Fax: 501-975-7153
Email: bhendrix@fc-lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Kim Driggers**
Federal Public Defenders Office
The Victory Building
1401 West Capitol Avenue
Suite 490
Little Rock, AR 72201
501-324-6113
Email: Kim_Driggers@Fd.org
*TERMINATED: 12/06/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**

**Disposition**

18:2113(a), 18:2113(d) and 18:2 Aiding and
Abetting Bank Robbery
(1s)

Defendant sentenced to 71 months
imprisonment; three (3) years supervised
release; $12,321.75 restitution; $100.00
special assessment

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:2113(a), 18:2113(d) and 18:2 Aiding and Abetting Bank Robbery (1) | Dismissed upon motion of the government as to this defendant |
| 18:924(c) and 18:2 Aiding and Abetting Possession of a Firearm in Furtherance of Crime of Violence (2) | Dismissed upon motion of the government as to this defendant |
| 18:924(c)(1)(A) and 18:2 Aiding and Abetting Possessing and Brandishing a Firearm in Furtherance of Crime of Violence (2s) | Dismissed upon motion of the government as to this defendant |
| 18:371 Conspiracy to Commit Bank Robbery (3s) | Dismissed upon motion of the government as to this defendant |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

## Plaintiff

**USA**                                          represented by     **Ali Ahmad**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2608
Email: ali.ahmad@usdoj.gov
*TERMINATED: 01/08/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Joan Shipley**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229

Little Rock, AR 72203-1229
501-340-2600
Email: joan.shipley@usdoj.gov
*TERMINATED: 03/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Erin O'Leary**
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2622
Email: Erin.O'Leary@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2017 | 1 | MOTION to Seal Indictment as to all defendants. (cby) (Entered: 09/14/2017) |
| 09/12/2017 | 2 | ORDER granting 1 Motion to Seal Indictment as to all defendants. Signed by Magistrate Judge Beth Deere on 9/12/2017. (cby) (cby). (Entered: 09/14/2017) |
| 09/12/2017 | 3 | INDICTMENT as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman & Oneida Denise Saylor. (cby) (cby). (Entered: 09/14/2017) |
| 09/15/2017 | | INDICTMENT UNSEALED as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor (cby) (Entered: 09/15/2017) |
| 09/15/2017 | 4 | MOTION to Unseal 3 Indictment as to all defendants. (cby) (Entered: 09/15/2017) |
| 09/15/2017 | 5 | ORDER granting 4 Motion to Unseal Indictment as to all Defendants. Signed by Magistrate Judge Beth Deere on 9/15/2017. (cby) (Entered: 09/15/2017) |
| 09/19/2017 | 9 | Writ of Habeas Corpus ad Prosequendum Issued as to Rodney Adam Hurdsman for 10/26/2017. Signed by Magistrate Judge Beth Deere on 9/19/2017. (fcd) (Entered: 09/19/2017) |
| 10/25/2017 | 24 | NOTICE OF HEARING as to Rodney Adam Hurdsman. Arraignment set for 10/26/2017 at 2:00 PM in Little Rock Courtroom # 1B before Magistrate Judge Patricia S. Harris. (cfd) (Entered: 10/25/2017) |
| 10/26/2017 | 26 | CJA 23 Financial Affidavit (sealed) by Rodney Adam Hurdsman (cby) (Entered: 10/27/2017) |
| 10/26/2017 | 28 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Kim Driggers for Rodney Adam Hurdsman. Signed by Magistrate Judge Patricia S. Harris on 10/26/2017. (cby) (Entered: 10/27/2017) |
| 10/26/2017 | 29 | Minute Entry for proceedings held before Magistrate Judge Patricia S. Harris: Initial Appearance, Plea & Arraignment as to Rodney Adam Hurdsman held on 10/26/2017. Not Guilty entered by Defendant on counts 1-2. AFPD Molly Sullivan, AUSA Ali Ahmad, ECRO Colleen DuBose. (cby) (Entered: 10/27/2017) |

| 10/26/2017 | 30 | NOTICE OF HEARING as to Rodney Adam Hurdsman. Jury Trial set for 11/27/2017 at 9:15 AM in Little Rock Courtroom # 4D before Judge J. Leon Holmes. (cby) (Entered: 10/27/2017) |
|---|---|---|
| 10/27/2017 | 34 | ORDER TO LODGE DETAINER as to Rodney Adam Hurdsman. The U.S. Marshal shall file a Detainer with the appropriate custodial authority which, along with this Order, shall constitute a hold on the above-named defendant. Signed by Magistrate Judge Patricia S. Harris on 10/27/2017. (kbc) (Entered: 10/27/2017) |
| 10/27/2017 | 38 | PRETRIAL DISCOVERY ORDER in case as to Rodney Adam Hurdsman. Signed by Judge J. Leon Holmes on 10/27/2017. (cdw) (Entered: 10/27/2017) |
| 10/31/2017 | 41 | Arrest Warrant Returned Executed on 10/10/2017 as to Rodney Adam Hurdsman. (fjg) (Entered: 11/01/2017) |
| 11/06/2017 | 42 | SEALED ORDER. Signed by Judge J. Leon Holmes on 11/6/2017. (fcd) (Entered: 11/06/2017) |
| 11/13/2017 | 44 | Unopposed MOTION to Continue *Jury Trial* by Rodney Adam Hurdsman (Driggers, Kim) (Entered: 11/13/2017) |
| 11/16/2017 | 46 | ORDER TO CONTINUE - Ends of Justice as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, and Oneida Denise Saylor. Jury Trial reset for 5/21/2018 at 9:15 AM in Little Rock Courtroom # 4D. Signed by Judge J. Leon Holmes on 11/16/2017. (fcd) (Entered: 11/16/2017) |
| 01/03/2018 | 47 | Writ of Habeas Corpus ad Prosequendum Returned Executed on 12/8/2017 as to Rodney Adam Hurdsman. (scw) (Entered: 01/04/2018) |
| 03/14/2018 | 56 | NOTICE *of Intent to Redact* by USA as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor (Ahmad, Ali) Additional attachment added on 3/15/2018: # 1 Main Document - Correct. (kbc) (Entered: 03/14/2018) |
| 03/15/2018 | 57 | NOTICE OF DOCKET CORRECTION re 56 Notice of Intent to Redact. CORRECTION: The original document was submitted in error - wrong image file. The correct document was added to 56 based on the attached correspondence. (kbc) (Entered: 03/15/2018) |
| 03/26/2018 | 58 | Pro Se MOTION to Invoke Self Representation by Rodney Adam Hurdsman. Copy mailed. (fcd) (Entered: 03/26/2018) |
| 03/26/2018 | 59 | Pro Se MOTION to Set Hearing and Issue Transport Order by Rodney Adam Hurdsman. Copy mailed. (fcd) (Entered: 03/26/2018) |
| 04/05/2018 | 64 | ORDER granting 59 MOTION for Hearing filed by Rodney Adam Hurdsman. The hearing on 58 MOTION to Invoke Self Representation is set for 5/9/2018 at 1:30 PM in Little Rock Courtroom # 4D. The government is directed to promptly submit the appropriate writ for the defendant's transportation from the State of Texas for the hearing. Signed by Judge J. Leon Holmes on 4/5/2018. (fcd) (Entered: 04/05/2018) |
| 04/09/2018 | 66 | Writ of Habeas Corpus ad Prosequendum Issued as to Rodney Adam Hurdsman for 5/9/2018. Signed by Magistrate Judge J. Thomas Ray on 4/9/2018. (cby) (Entered: 04/09/2018) |
| 04/20/2018 | 68 | ORDER setting deadline of 4/30/2018 for defendants to respond in opposition to 67 MOTION to Continue as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, and Oneida Denise Saylor. Signed by Judge J. Leon Holmes on 4/20/2018. (fcd) (Entered: 04/20/2018) |
| 04/26/2018 | 69 | Writ of Habeas Corpus ad Prosequendum Issued as to Rodney Adam Hurdsman for |

| | | |
|---|---|---|
| | | 5/9/2018. Signed by Magistrate Judge J. Thomas Ray on 4/26/2018. (fcd) (Entered: 04/27/2018) |
| 04/27/2018 | 70 | Writ of Habeas Corpus ad Prosequendum issued on 4/26/2018 as to Rodney Adam Hurdsman Returned Unexecuted. (scw) (Entered: 04/27/2018) |
| 04/30/2018 | 71 | NOTICE by Rodney Adam Hurdsman re 68 Order (Driggers, Kim) (Entered: 04/30/2018) |
| 05/04/2018 | 72 | AMENDED ORDER as to Rodney Adam Hurdsman. Motion Hearing reset for 5/9/2018 at 2:00 PM in Little Rock Courtroom # 4D. Signed by Judge J. Leon Holmes on 5/4/2018. (cby) (Entered: 05/04/2018) |
| 05/09/2018 | 73 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge J. Leon Holmes: MOTION HEARING as to Rodney Adam Hurdsman held on Wednesday, 5/9/2018 re 58 MOTION for Order filed by Rodney Adam Hurdsman. AUSA Ali Ahmad present for government; AFPD Kim Driggers present with defendant. Defendant withdraws motion to proceed pro se and objection to motion to continue 5/21/2018 trial date. Order to follow. (Court Reporter Margie Kruse) (cdw) (Entered: 05/09/2018) |
| 05/09/2018 | 74 | ORDER denying as moot 58 Motion to Invoke Self Representation as to Rodney Adam Hurdsman (1). Signed by Judge J. Leon Holmes on 5/9/2018. (fcd) (Entered: 05/09/2018) |
| 05/09/2018 | 75 | ORDER TO CONTINUE - Ends of Justice as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, and Oneida Denise Saylor. Jury Trial reset for 10/29/2018 at 9:15 AM in Little Rock Courtroom # 4D. Signed by Judge J. Leon Holmes on 5/9/2018. (fcd) (Entered: 05/09/2018) |
| 08/30/2018 | 76 | MOTION to Seal Indictment as to all Defendants. (cby) (Entered: 08/30/2018) |
| 08/30/2018 | 77 | ORDER granting 76 Motion to Seal Indictment as to all Defendants. Signed by Magistrate Judge Jerome T. Kearney on 8/30/2018. (cby) (kbc). (Entered: 08/30/2018) |
| 08/30/2018 | 78 | SUPERSEDING INDICTMENT as to all Defendants. (cby) (kbc) (kbc). (Entered: 08/30/2018) |
| 09/20/2018 | | INDICTMENT UNSEALED as to all Defendants (cby) (Entered: 09/21/2018) |
| 09/26/2018 | 80 | NOTICE OF HEARING as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman. Arraignment set for 9/27/2018 at 2:00 PM in Little Rock Courtroom # 1B before Magistrate Judge Patricia S. Harris. (cfd) (Entered: 09/26/2018) |
| 09/27/2018 | 82 | Minute Entry for proceedings held before Magistrate Judge Patricia S. Harris: Plea & Arraignment as to Rodney Adam Hurdsman held on 9/27/2018. Not Guilty Plea entered by Defendant. AFPD Kim Driggers, AUSA Ali Ahmad, ECRO Colleen DuBose. (cby) (Entered: 09/28/2018) |
| 09/28/2018 | 84 | Unopposed MOTION to Continue *Jury Trial* by Rodney Adam Hurdsman (Driggers, Kim) (Entered: 09/28/2018) |
| 10/01/2018 | 85 | RESPONSE in Support by Oneida Denise Saylor as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor, Kenneth Ulledahl re 84 Unopposed MOTION to Continue *Jury Trial* (Brown, Darrell) (Entered: 10/01/2018) |
| 10/03/2018 | 86 | RESPONSE in Support by Stephanie Michelle Hurdsman as to Rodney Adam Hurdsman re 84 Unopposed MOTION to Continue *Jury Trial* (Merritt, Sara) (Entered: 10/03/2018) |
| 10/03/2018 | 87 | ORDER TO CONTINUE - Ends of Justice as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, and Oneida Denise Saylor. Jury Trial reset for 5/6/2019 at 9:15 AM |

| | | in Little Rock Courtroom # 4D. Signed by Judge J. Leon Holmes on 10/3/2018. (fcd) (Entered: 10/03/2018) |
|---|---|---|
| 10/24/2018 | 99 | Arrest Warrant Returned Executed on 09/27/2018 at Mason Tennessee as to Rodney Adam Hurdsman. (fjg) (Entered: 10/24/2018) |
| 12/06/2018 | 103 | MOTION to Withdraw as Attorney *and Request for CJA counsel* by Kim Driggers, by Rodney Adam Hurdsman (Driggers, Kim) (Entered: 12/06/2018) |
| 12/06/2018 | 104 | ORDER granting 103 MOTION to Withdraw as Attorney as to Rodney Adam Hurdsman. CJA Attorney J. Blake Hendrix appointed and AFPD Kim Driggers relieved as counsel for defendant. Signed by Judge J. Leon Holmes on 12/6/2018. (fcd) (Entered: 12/06/2018) |
| 01/03/2019 | 108 | NOTICE OF ATTORNEY APPEARANCE Erin Siobhan O'Leary appearing for USA. (O'Leary, Erin) (Entered: 01/03/2019) |
| 01/07/2019 | 109 | MOTION to Substitute Attorney by USA as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor, Kenneth Ulledahl (Shipley, Joan) (Entered: 01/07/2019) |
| 01/08/2019 | 110 | ORDER granting 109 Motion to Substitute Attorney as to Rodney Adam Hurdsman, et al. AUSA Joan Shipley substituted for Ali Ahmad as counsel for the United States. Signed by Judge J. Leon Holmes on 1/8/2019. (fcd) (Entered: 01/08/2019) |
| 04/15/2019 | 116 | RESPONSE in Support by Oneida Denise Saylor as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor, Kenneth Ulledahl re 115 Second MOTION to Continue (Borgognoni, Leslie) (Entered: 04/15/2019) |
| 04/19/2019 | 118 | RESPONSE to Motion by Rodney Adam Hurdsman as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor, Kenneth Ulledahl re 115 Second MOTION to Continue , 117 Motion to Continue (Hendrix, J.) (Entered: 04/19/2019) |
| 04/22/2019 | 119 | ORDER TO CONTINUE - Ends of Justice. Jury Trial set for 9/3/2019 at 9:15 AM in Little Rock Courtroom # 4D as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor, Kenneth Ulledahl. Signed by Judge J. Leon Holmes on 4/22/2019. (cby) (Entered: 04/22/2019) |
| 07/22/2019 | 121 | ORDER directing counsel to submit jury instructions to the Court by 8/16/2019 as to all defendants. Signed by Judge J. Leon Holmes on 7/22/2019. (fcd) (Entered: 07/22/2019) |
| 08/13/2019 | 131 | NOTICE OF HEARING as to Rodney Adam Hurdsman. Change of Plea Hearing set for Friday, 8/16/2019 at 9:30 AM in Little Rock Courtroom #4D before Judge J. Leon Holmes. (cdw) (Entered: 08/13/2019) |
| 08/16/2019 | 135 | Minute Entry for proceedings held before Judge J. Leon Holmes: CHANGE OF PLEA Hearing as to Rodney Adam Hurdsman held on Friday, 8/16/2019. AUSAs Erin O'Leary, Joan Shipley present for government; Blake Hendrix present with defendant. Rodney Adam Hurdsman (1) enters guilty plea to Count 1s of Superseding Indictment. The plea agreement is pursuant to Rule 11(c)(1)(C). The Court deferred the decision as to whether to accept the plea until completion of the PSR. (Court Reporter Kathleen Maloney) (cdw) (Entered: 08/16/2019) |
| 08/16/2019 | 136 | PLEA AGREEMENT as to Rodney Adam Hurdsman (cdw) (Entered: 08/16/2019) |
| 08/16/2019 | 137 | PLEA AGREEMENT ADDENDUM (under seal) re 136 Plea Agreement (cdw) (Entered: 08/16/2019) |
| 08/22/2019 | 138 | NOTICE OF HEARING as to Rodney Adam Hurdsman. Sentencing set for Tuesday, 9/24/2019 at 9:15 AM in Little Rock Courtroom #4D before Judge J. Leon Holmes. |

| | | |
|---|---|---|
| | | (cdw) (Entered: 08/22/2019) |
| 09/22/2019 | 142 | SENTENCING MEMORANDUM by Rodney Adam Hurdsman (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hendrix, J.) (Entered: 09/22/2019) |
| 09/23/2019 | 143 | SENTENCING MEMORANDUM by Rodney Adam Hurdsman (Attachments: # 1 Exhibit A)(Hendrix, J.) (Entered: 09/23/2019) |
| 09/24/2019 | 144 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge J. Leon Holmes: In Camera Hearing as to Rodney Adam Hurdsman held on 9/24/2019. (Court Reporter Karen Dellinger) (cdw) (Entered: 09/24/2019) |
| 09/24/2019 | 145 | (This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) Minute Entry for proceedings held before Judge J. Leon Holmes: SENTENCING held on Tuesday, 9/24/2019. AUSAs Erin O'Leary, Joan Shipley present for government; Blake Hendrix present with defendant; USPO Kim Lawson present. Rodney Adam Hurdsman's guilty plea to Count 1s of Superseding Indictment accepted by the Court. Counts 1,2,2s,3s dismissed upon motion of the government as to this defendant. Rodney Adam Hurdsman (1) sentenced to 71 months imprisonment; three (3) years supervised release; $12,321.75 restitution; $100.00 special assessment. (Court Reporter Karen Dellinger) (cdw) (Entered: 09/24/2019) |
| 09/24/2019 | 146 | AMENDED PLEA AGREEMENT as to Rodney Adam Hurdsman (cdw) (Entered: 09/24/2019) |
| 09/24/2019 | 153 | JUDGMENT as to Rodney Adam Hurdsman (1). Count(s) 1s: Defendant sentenced to 71 months imprisonment; three (3) years supervised release; $12,321.75 restitution; $100.00 special assessment. Signed by Judge J. Leon Holmes on 9/24/2019. (snl) (Additional attachment(s) added on 9/25/2019: # 1 Main Document - Correct) (jak). (Entered: 09/24/2019) |
| 09/25/2019 | 161 | NOTICE OF DOCKET CORRECTION re 153 JUDGMENT as to Rodney Adam Hurdsman. CORRECTION: The original document was attached in error due to a clerical mistake by the Clerk's office (wrong image file). The correct document was added to docket entry 153 and is attached hereto for service on the parties. (jak) (Entered: 09/25/2019) |
| 10/02/2019 | 162 | Pro Se NOTICE OF APPEAL by Rodney Adam Hurdsman re 153 Judgment. (fcd) (Entered: 10/02/2019) |
| 10/02/2019 | 163 | NOTIFICATION OF APPEAL and NOA SUPPLEMENT as to Rodney Adam Hurdsman re 162 Notice of Appeal, 153 Judgment. (fcd) (Entered: 10/02/2019) |
| 10/03/2019 | 165 | USCA Docket Letter and Briefing Schedule as to 162 Notice of Appeal filed by Rodney Adam Hurdsman. Transcript due by 10/24/2019. (fcd) (Entered: 10/03/2019) |
| 10/25/2019 | 166 | Transmitted Record on Appeal as to Rodney Adam Hurdsman to US Court of Appeals re 162 Notice of Appeal: Copies of Presentence Investigation Report, sealed Statement of Reasons, and 137 Plea Agreement Addendum. (fcd) (Entered: 10/25/2019) |
| 10/25/2019 | 168 | TRANSCRIPT of Sentencing Hearing filed as to Rodney Adam Hurdsman for the date of 9/24/2019 before Judge J. Leon Holmes, re 162 Notice of Appeal. Court Reporter Karen Dellinger. Transcript may be viewed only at the public terminals in the Clerk's office. Copies of transcript are only available through the Official Court Reporter before the deadline for Release of Transcript Restriction. Notice of Intent to Request Redaction due 11/1/2019. Redaction Request due 11/15/2019. Redacted Transcript Deadline set for 11/25/2019. Release of Transcript Restriction set for 1/23/2020. (fcd) (Entered: 10/25/2019) |

| | | |
|---|---|---|
| 10/25/2019 | 169 | Transmitted Record on Appeal as to Rodney Adam Hurdsman to US Court of Appeals re 162 Notice of Appeal: Copy of 168 Sentencing Hearing transcript. (fcd) (Entered: 10/25/2019) |
| 11/08/2019 | 171 | Mail Returned as Undeliverable. Mail sent to Rodney Adam Hurdsman re 166 Transmitted Record on Appeal. (fjg) (Entered: 11/08/2019) |
| 11/20/2019 | 172 | Mail Returned as Undeliverable. Mail sent to Rodney Adam Hurdsman re 169 Transmitted Record on Appeal. (jbh) (Entered: 11/20/2019) |
| 11/25/2019 | 173 | NOTICE OF REASSIGNMENT. Due to a pending matter, the Clerk's office has reassigned the case to Judge Kristine G. Baker. Signed at the direction of the Court on 11/25/2019. (kbc) (Entered: 11/25/2019) |
| 06/23/2020 | 176 | Pro Se Rule 41(G) MOTION that Money Seized by the FBI be Returned to the Defendant or Applied Toward His Restitution by Rodney Adam Hurdsman. Copy mailed. (cmn) (Entered: 06/24/2020) |
| 07/08/2020 | 177 | MOTION for Extension of Time to File Response/Reply as to 176 MOTION for Order by USA as to Rodney Adam Hurdsman (O'Leary, Erin) (Entered: 07/08/2020) |
| 07/09/2020 | 178 | ORDER granting 177 Motion for Extension of Time to File Response/Reply as to Rodney Adam Hurdsman. The United States' response to Mr. Hurdsman's pro se motion will be due by the close of business on 7/28/2020. Signed by Judge Kristine G. Baker on 7/9/2020. (fcd) (Entered: 07/09/2020) |
| 07/28/2020 | 180 | RESPONSE to Motion by USA as to Rodney Adam Hurdsman re 176 MOTION for Order (O'Leary, Erin) Additional attachment added on 7/28/2020: # 1 Main Document - Correct. (kbc) (Entered: 07/28/2020) |
| 07/28/2020 | 181 | NOTICE OF DOCKET CORRECTION re 180 Response. CORRECTION: The original document was submitted in error - wrong image file. The correct document was added to 180 based on the attached correspondence. (kbc) (Entered: 07/28/2020) |
| 08/14/2020 | 182 | Pro Se REPLY TO RESPONSE to Motion by Rodney Adam Hurdsman re 176 MOTION for Order. Copy mailed. (fcd) (Entered: 08/14/2020) |
| 09/11/2020 | 183 | OPINION of USCA as to Rodney Adam Hurdsman re 162 Notice of Appeal. (fcd) (Entered: 09/11/2020) |
| 09/11/2020 | 184 | JUDGMENT of USCA as to Rodney Adam Hurdsman re 162 Notice of Appeal. The judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. (fcd) (Entered: 09/11/2020) |
| 10/05/2020 | 185 | MANDATE of USCA in accordance with the opinion and judgment of 9/11/2020 as to Rodney Adam Hurdsman re 162 Notice of Appeal. (fcd) (Entered: 10/05/2020) |
| 10/14/2020 | 186 | ORDER directing the government to submit an affidavit or other record evidence regarding 176 MOTION that Money Seized by the FBI be Returned to the Defendant or Applied Toward His Restitution filed by Rodney Adam Hurdsman. Signed by Judge Kristine G. Baker on 10/14/2020. (fcd) (Entered: 10/14/2020) |
| 10/22/2020 | 188 | AFFIDAVIT by USA as to Rodney Adam Hurdsman 186 Order, (O'Leary, Erin) (Entered: 10/22/2020) |
| 11/03/2020 | 189 | Pro Se Response by Rodney Adam Hurdsman re 188 Affidavit. Copy mailed. (fcd) (Entered: 11/03/2020) |
| 05/10/2021 | 190 | Pro Se MOTION for Status Update by Rodney Adam Hurdsman. Copy mailed. (fcd) (Entered: 05/10/2021) |

| 09/20/2021 | 191 | Pro Se MOTION for Order by Rodney Adam Hurdsman. Copy mailed. (fcd) (Entered: 09/20/2021) |
|---|---|---|
| 03/18/2022 | 192 | Pro Se MOTION for Return of Private Communications by Rodney Adam Hurdsman. Copy mailed. (fcd) (Entered: 03/18/2022) |
| 03/28/2022 | 193 | Pro Se MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 by Rodney Adam Hurdsman. Copy mailed. (fcd)<br>Civil case 4:22-cv-00312-KGB opened. (Entered: 03/28/2022) |
| 03/29/2022 | 194 | MOTION to Withdraw as Attorney by Joan Shipley, by USA as to Rodney Adam Hurdsman, Stephanie Michelle Hurdsman, Oneida Denise Saylor, Kenneth Ulledahl (O'Leary, Erin) (Entered: 03/29/2022) |
| 03/30/2022 | 195 | ORDER granting 194 Motion to Withdraw as Attorney. AUSA Joan Shipley withdrawn from case as to all defendants. Signed by Judge Kristine G. Baker on 3/30/2022. (fcd) (Entered: 03/30/2022) |
| 04/22/2022 | 197 | SEALED MOTION. (fcd) (Entered: 04/22/2022) |
| 08/02/2022 | 199 | ORDER directing the United States to respond to 193 MOTION to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 filed by Rodney Adam Hurdsman. Signed by Judge Kristine G. Baker on 8/2/2022. (fcd) (Entered: 08/02/2022) |
| 08/02/2022 | 201 | MOTION for Extension of Time to File Response/Reply as to 199 Order *re Defendant's Motion* by USA as to Rodney Adam Hurdsman (O'Leary, Erin) (Entered: 08/02/2022) |
| 08/03/2022 | 202 | ORDER granting 201 Motion for Extension of Time to File Response/Reply as to Rodney Adam Hurdsman. The United States must respond to the petition by 8/26/2022. Signed by Judge Kristine G. Baker on 8/3/2022. (fcd) (Entered: 08/03/2022) |
| 08/16/2022 | 204 | Pro Se MOTION to Dismiss 193 Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. 2255 by Rodney Adam Hurdsman. Copy mailed. (fcd) (Entered: 08/16/2022) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/22/2022 11:31:11 | | |
| **PACER Login:** | jdgarw002 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:17-cr-00275-KGB |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |