**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

RODNEY A. HURDSMAN                                                              PLAINTIFF
#2170782

v.                                        4:22-cv-00227-JM-JJV

VIAPATH TECHNOLOGIES, Inc.; *et al.*                              DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe and the objections filed by Defendants.   After conducting a *de novo* review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1.        Defendants' Motion to Dismiss (Doc. 50) is GRANTED in part and DENIED IN PART.

2.        Plaintiff's freedom of association claim is DISMISSED without prejudice for failing to state a claim upon which relief may be granted.

3.        Plaintiff may proceed with his access to the courts, free speech, right to counsel, search and seizure, and intrusion claims.

4.        It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 14th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE