IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RODNEY A. HURDSMAN                                                                                   PLAINTIFF
#2170782

v.                                              4:22-cv-00227-JM

VIAPATH TECHNOLOGIES, INC.; *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 132 and 133). After reviewing the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Defendants' Joint Motion for Summary Judgment (Doc. 119) is GRANTED. The County Defendants' Separate Motion for Summary Judgment (Doc. 122) is GRANTED in part and DENIED in part. Plaintiff's access to the courts, right to counsel, search and seizure, free speech, and Arkansas intrusion claims against Defendants Sheriff Rodney Wright, Saline County, and Aventiv Technologies LLC are DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 23rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

.