# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

RODNEY A. HURDSMAN                                                                                      PLAINTIFF
#2170782

v.                                              4:22-cv-00227-JM

VIAPATH TECHNOLOGIES, INC.; *et al.*                                                         DEFENDANTS

## **JUDGMENT**

Consistent with the Orders entered previously and today (Docs. 39, 64, 82, 134), Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 23rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

.